**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Derrico Demonte JORDAN,
Defendant—Appellant.**

**No. 09–6967.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 23, 2009.

Janna Dale Allison, Waynesville, North Carolina, for Appellant. Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, Office of the Untied States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrico D. Jordan appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jordan,* No. 1:00–cr–00057–LHT–3 (W.D.N.C. May 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*